UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------x
: Case No. 21-cv-02105
MANHATTAN VENTURE :
HOLDINGS LLC, :
:
                 Plaintiff, :
:
  -against- :
:
G SQUARED ASCEND I INC., :
G SQUARED V LP, G SQUARED :
EQUITY MANAGEMENT LP, : **Jury Trial Demanded**
:
                Defendants. :
:
---------------------------------------------------------x

## NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS

Please take notice that on April 19, 2021, Manhattan Venture Holdings LLC filed a complaint raising claims including the parties and the trademark below. This notice serves to provide the clerk with the following information:

| | |
|---|---|
| Plaintiff: | Manhattan Venture Holdings LLC<br><br>152 Madison Avenue, 7th Floor,<br><br>New York, New York 10016 |
| Defendants: | G Squared Ascend I Inc.,<br>G Squared V LP, and<br>G Squared Equity Management LP<br><br>205 N. Michigan Avenue, Suite 3770,<br><br>Chicago, Illinois 60601 |
| Trademark: | U.S. Trademark Registration No. 5,179,543 |
| Trademark Owner | Manhattan Venture Holdings LLC |

Dated: Skokie, Illinois
April 19, 2021

                    LAW OFFICE OF JOHN F. STIMSON, LTD,

                    By: */s/* **John F. Stimson**
                        John F. Stimson, Esq.
                  9933 Lawlor Avenue, #312
                  Skokie, Illinois 60077
                  (847) 676-1000 (tel.)
                  (877) 877-0886 (fax)
                  john@stimson-law.com

                  CARMEL, MILAZZO & FEIL LLP
                  Christopher P. Milazzo
                  55 West 39th Street, 18th Floor
                  New York, New York 10018
                  (212) 658-0458 (tel.)
                  (646) 838-1314 (fax)
                  cmilazzo@cmfllp.com

                  *Attorneys for Plaintiff*